UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. ARCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPTARTMENT OF VETERANS AFFAIRS, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-01308-MCE-EFB<br><br><br>**ORDER** |

　　　　On August 4, 2014, Defendants filed a Motion to Dismiss for Lack of Jurisdiction (ECF No. 5).  In violation of Eastern District of California Local Rule 230(c), Plaintiff failed to file an opposition or a statement of non-opposition to that Motion, and, on August 28, 2014, Plaintiff was ordered to show cause ("OSC") in writing within ten (10) days as to why this case should not be dismissed with prejudice.  Plaintiff was also advised that failure to respond to the OSC would result in dismissal of the action with prejudice upon no further notice to the parties.

///
///
///
///
///

1

1. Plaintiff did not respond to the OSC.  Accordingly, this action is hereby DISMISSED with
2. prejudice for noncompliance with the local rules and this Court's August 28, 2014, Order,
3. as well as for failure to prosecute pursuant to this Court's inherent authority to control its
4. docket.  Defendants' Motion to Dismiss (ECF No. 5) is DENIED as moot, and the Clerk
5. of the Court is directed to close this case.
6.     IT IS SO ORDERED.
7. Dated:  September 12, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT